No. 81–5997. KOPS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 81–5998. SMITH v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5999. CARLSEN v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 81–6000. RHODES v. UNITED STATES NAVY ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–6001. OWENS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6003. SIMMONS v. HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6004. MCQUADE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6005. RELIFORD v. CITY OF KANSAS CITY, MISSOURI, PARKS AND RECREATION DEPARTMENT. C. A. 8th Cir. Certiorari denied.

No. 81–6007. PISCANIO v. BEANS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–6008. THAYER v. PUERTO RICO. C. A. 1st Cir. Certiorari denied.

No. 81–6009. WALKER v. WAINWRIGHT. C. A. 11th Cir. Certiorari denied.

No. 81–6010. SIMONS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.